JORGE VELEZ *v.* RICHARD ZAPPONE ET AL.
(8456)

DUPONT, C. J., BORDEN and DALY, Js.

Argued March 13—decision released March 20, 1990

*Edward T. Dodd, Jr.,* for the appellant (plaintiff).

*Michael J. Belzer,* assistant attorney general, with whom, on the brief, was *Clarine Nardi Riddle,* attorney general, for the appellee (defendant Second Injury Fund).

*Hilliary H. Horrocks,* for the appellee (named defendant).

PER CURIAM. There is no error.